IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED GOVERNMENT SECURITY   )
OFFICERS OF AMERICA,         )
INTERNATIONAL UNION and      )
UNITED GOVERNMENT SECURITY   )
OFFICERS OF AMERICA,         )
LOCAL 401,                   )
                             )   CIVIL ACTION NO.
     Plaintiffs,             )     2:10cv17-MHT
                             )         (WO)
     v.                      )
                             )
CDA INCORPORATED aka         )
CDA Sky-Trac,                )
                             )
     Defendant.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiffs United Government Security Officers of America, International Union and United Government Security Officers of America, Local 401 and against defendant CDA Incorporated.

(2) The portion of the arbitration award requiring plaintiffs United Government Security Officers of

America, International Union and United Government Security Officers of America, Local 401 to pay half of the back pay awarded to Lori Daniels is vacated.

It is further ORDERED that the parties shall bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The case is closed.

DONE, this the 1st day of November, 2011.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE